No. 90–584. SOUTHWEST MARINE, INC. *v.* GIZONI. C. A. 9th Cir. [Certiorari granted, 498 U. S. 1119.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–681. HAFER *v.* MELO ET AL. C. A. 3d Cir. [Certiorari granted, 498 U. S. 1118.] Motion of Nancy Haberstroh for leave to file a brief as *amicus curiae* granted.

No. 90–769. RENNE, SAN FRANCISCO CITY ATTORNEY, ET AL. *v.* GEARY ET AL. C. A. 9th Cir. [Certiorari granted, 498 U. S. 1046.] Motion of respondents for leave to file appendices denied.

No. 90–1342. IMMIGRATION AND NATURALIZATION SERVICE *v.* ELIAS-ZACARIAS. C. A. 9th Cir. [Certiorari granted, *ante*, p. 915.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 90–7941. IN RE GARNER; and
No. 90–7961. IN RE SEAGRAVE. Petitions for writs of habeas corpus denied.

No. 90–7817. IN RE CARDINE. Petition for writ of mandamus denied.

No. 90–1603. R. H. MACY & CO., INC., ET AL. *v.* CONTRA COSTA COUNTY, CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari granted.

No. 90–1341. UNITED STATES DEPARTMENT OF ENERGY *v.* OHIO ET AL.; and
No. 90–1517. OHIO ET AL. *v.* UNITED STATES DEPARTMENT OF ENERGY. C. A. 6th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 904 F. 2d 1058.

No. 90–6105. EVANS *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.